ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA         :

       - v. -                    :     **INDICTMENT**

SHAUN DOZIER,                    :     08 Cr. 008
SHANNON DOZIER,
    a/k/a "Saine,"              :
SAMANTHA SAMUELS, and
MICHAEL WHITEHEAD,               :

       Defendants.              :

- - - - - - - - - - - - - - - - - -X

       WHEREAS, the above-captioned indictment was returned on January 2, 2008 and, upon application of the government, ordered to be filed under seal; and

       WHEREAS the Government has requested that the above-captioned indictment be unsealed;

       IT IS HEREBY ORDERED, that the indictment docketed as 08 Cr. 008 be unsealed.

Dated: New York, New York
       January 9, 2008

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

       **KEVIN NATHANIEL FOX**
      United States Magistrate Judge
      Southern District of New York